SHANNON A. BASH,

               Plaintiff,

       v.

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,

               Defendant.

Case No. 26-cv-1323-bhl

## ORDER GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE

On July 30, 2026, Plaintiff Shannon A. Bash filed a complaint seeking review of a decision of the Commissioner of the Social Security Administration. (ECF No. 1.) That same day, she also filed a motion for leave to proceed without prepaying the filing fee or *in forma pauperis* (IFP) utilizing the Court's local form. (ECF No. 3.) The Court has authority to allow a litigant to proceed IFP if it determines that (1) the litigant is unable to pay the costs of commencing the action and (2) the action is not frivolous, does not fail to state a claim, and is not brought against an immune defendant. *Cf.* 28 U.S.C. §1915(a)(1), (e)(2).

In her motion, Bash states she has no monthly income from wages or salary and lives with her mother who takes care of her. (ECF No. 3 at 2, 4.) Bash states she would be homeless "[i]f it weren't for [her] mother." (*Id.* at 4.) Bash also states she has no assets other than $300.00 in a cash, checking or similar account and a 2013 GMC Terrain valued at $7,000.00. (*Id.* at 3.) Based on Bash's representations, which include a signed declaration under penalty of perjury, the Court concludes that she would have substantial financial difficulty in paying the filing fee based on her current income and assets.

This does not end the matter, however. As part of evaluating an IFP request, the Court must also review the complaint for sufficiency. If the complaint fails to state a claim on which relief may be granted, it must be dismissed. *See Luevano v. Wal-Mart Stores, Inc.*, 722 F.3d 1014,

1018 (7th Cir. 2013). Similarly, a frivolous complaint must also be dismissed. 28 U.S.C. §1915(e)(2)(B)(i). "A frivolous complaint is one in which 'the petitioner can make no rational argument in law or facts to support his or her claim for relief.'" *Williams v. Faulkner*, 837 F.2d 304, 306 (7th Cir. 1988) (quoting *Jones v. Morris*, 777 F.2d 1277, 1279-80 (7th Cir. 1985)).

Bash timely invoked this Court's jurisdiction pursuant to 42 U.S.C. §405(g). (ECF No. 1 at 1–2.) She argues that the administrative law judge decision denying her claim for social security disability benefits is not supported by substantial evidence and is contrary to law. (*Id.* at 2.) These arguments are not obviously frivolous and appear to state a potential claim. As a result, the Court will grant Bash's request to waive prepayment of the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Bash's motion for leave to proceed without prepaying the filing fee, ECF No. 3, is **GRANTED**.

Dated at Milwaukee, Wisconsin on July 31, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge